# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2798

———————————————

ZAKIYAH RUFFIN-YASHAYAHU,

Appellant,

v.

CLEMON HEATH,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Nina Ashenafi, Judge.

November 18, 2025

PER CURIAM.

DISMISSED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Zakiyah Ruffin-Yashayahu, pro se, Appellant.

No appearance for Appellee.